1074

No. 03–495.  LEBER ET AL. *v.* UNIVERSAL MUSIC & VIDEO DIS-
TRIBUTION, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–502.  TOWER INSURANCE CO. *v.* TRINITY EVANGELICAL
CHURCH AND SCHOOL-FREISTADT.  Sup. Ct. Wis.  Certiorari de-
nied.

No. 03–504.  LAFACE RECORDS ET AL. *v.* PARKS.  C. A. 6th
Cir.  Certiorari denied.

No. 03–505.  BRASS *v.* LOS ANGELES COUNTY, CALIFORNIA,
ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–506.  SPIERER ET UX. *v.* FEDERATED DEPARTMENT
STORES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–512.  AVERY *v.* HPCS, INC.  Ct. App. D. C.  Certiorari
denied.

No. 03–523.  SAVASTA & CO., INC. *v.* GEROSA ET AL.  C. A. 2d
Cir.  Certiorari denied.

No. 03–524.  SKIPPER ET AL. *v.* GIANT FOOD INC. ET AL.  C. A.
4th Cir.  Certiorari denied.

No. 03–532.  ROBINSON ET AL. *v.* FAKESPACE LABS, INC.
C. A. Fed. Cir.  Certiorari denied.

No. 03–535.  INDU CRAFT, INC. *v.* BANK OF INDIA ET AL.; and
No. 03–541.  TRENDI SPORTSWEAR, INC. *v.* BANK OF INDIA
ET AL.  C. A. 2d Cir.  Certiorari denied.  Reported below: 64
Fed. Appx. 827.

No. 03–539.  WESTERN WIRELESS CORP. *v.* SOUTH DAKOTA
DEPARTMENT OF REVENUE.  Sup. Ct. S. D.  Certiorari denied.

No. 03–543.  CAPUTO *v.* SEALED AIR CORP.  C. A. Fed. Cir.
Certiorari denied.

No. 03–558.  STROUP *v.* BARNHART, COMMISSIONER OF SOCIAL
SECURITY.  C. A. 11th Cir.  Certiorari denied.